# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:18-CR-147-1 |
| OMAR GRIFFIN, | |
| Defendant. | |

## ORDER

At the Arraignment, the Government made an oral application for an extension of time in which to produce to defendant any evidence of defendant's alleged prior bad acts which it may seek to tender at the trial of this case pursuant to Federal Rule of Evidence 404(b).  The defendant did not object.

The government shall have up and until, Monday, June 15, 2020 in which to produce such evidence.

So ORDERED this 5th day of May, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia