UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| OMAR GRIFFIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CR418-147 |
| v. | ) | CV422-008 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 9, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's motion to dismiss is **GRANTED**, and Petitioner's 28 U.S.C. § 2255 motion is **DISMISSED**. Further, Petitioner's motion to supplement is **DENIED** as futile, and Respondent's motion to dismiss that motion is **DISMISSED as moot**. Finally, Petitioner is **DENIED** a certificate of appealability. The Clerk is **DIRECTED** to **CLOSE** this case.

SO ORDERED 14 day of May, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA